DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KERBY CADET,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-1677

[June 15, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case Nos. 99-23229CF10A, 00-04093CF10A, and 00-04462CF10A.

Carey Haughwout, Public Defender, Alan T. Lipson, Assistant Public Defender, West Palm Beach, and Kerby Cadet, Malone, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Consistent with *Bucknor v. State*, 41 Fla. L. Weekly S114 (Fla. Jan. 20, 2016), we reverse and remand for resentencing in conformance with the framework established in Chapter 2014-220, Laws of Florida, which has been codified in sections 775.082, 921.1401, and 921.1402, Florida Statutes.

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***